# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| MARIO SHANE DUNCAN, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:19-cv-101 |
| v. | * | |
| WARDEN, FOLKSTON ICE PROCESSING CENTER, | * | |
| Respondent. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 4. Petitioner Mario Duncan ("Duncan") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Duncan's 28 U.S.C. § 2241 Petition for failure to follow this Court's Order and Local Rules, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. The Court also **DENIES** Duncan *in forma*

AO 72A
(Rev. 8/82)

*pauperis* status on appeal.

     **SO ORDERED**, this \_\_25\_\_ day of \_\_June\_\_, 2020.

                                 HON. LISA GODBEY WOOD, JUDGE
                                 UNITED STATES DISTRICT COURT
                                 SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)