AO 450 (GAS Rev 10/03) Judgment in a Civil Case

FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 9:19 am, Jun 26, 2020

# United States District Court
## Southern District of Georgia

Mario Shane Duncan,

    Petitioner,

v.

Warden, Folkston ICE Processing Center

    Respondent.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV519-101

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 25th day of June 2020, adopting the Report and Recommendation of the Magistrate Judge as the opinion of the Court, judgment is hereby entered dismissing without prejudice Duncan's 28 U.S.C. § 2241 Petition. The Court denies Duncan in forma pauperis status on appeal. This case stands closed.

Approved by: *(signed)*
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: June 25, 2020

John E. Triplett, Acting Clerk
Clerk

*(signed)* Candy Asbell
(By) Deputy Clerk



GAS Rev 10/1/03